UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
Diana Goetchius

Civil Action No. _____

## SHORT FORM COMPLAINT

Plaintiff(s) file(s) this Short Form Complaint pursuant to Case Management Order No. 9 and is/are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff(s) hereby incorporate(s) the Master Complaint in MDL No. 2846 by reference. Plaintiff(s) further show(s) the Court as follows:

1. The name of the person implanted with Defendants' Hernia Mesh Device(s):

   Diana Goetchius

2. The name of any Consortium Plaintiff (if applicable):

   N/A

3. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. State of Residence:

   CA

5. District Court and Division in which action would have been filed absent direct filing:

   United States District Court for the District of Rhode Island – Providence Division

6. Defendants (Check Defendants against whom Complaint is made):

    X   A. Davol, Inc.

    X   B. C.R. Bard, Inc.

    ☐   C. Other (please list: _____ )

7. Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check device(s) implanted):

    ☐   3DMax Mesh

    ☐   3DMax Light Mesh

    ☐   Bard (Marlex) Mesh Dart

    ☐   Bard Mesh

    ☐   Bard *Soft* Mesh

    ☐   Composix

    ☐   Composix E/X

    ☐   Composix Kugel Hernia Patch

    ☐   Composix L/P

    ☐   Kugel Hernia Patch

    ☐   Marlex

    ☐   Modified Kugel Hernia Patch

    ☐   Perfix Light Plug

    ☐   PerFix Plug

    ☐   Sepramesh IP

    ☐   Sperma-Tex

    ☐   Ventralex Hernia Patch

    ☐   Ventralex ST Patch

2

☐ Ventralight ST

X Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):

_____

_____

8. Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable device(s)):

☐ 3DMax Mesh

☐ 3DMax Light Mesh

☐ Bard (Marlex) Mesh Dart

☐ Bard Mesh

☐ Bard *Soft* Mesh

☐ Composix

☐ Composix E/X

☐ Composix Kugel Hernia Patch

☐ Composix L/P

☐ Kugel Hernia Patch

☐ Marlex

☐ Modified Kugel Hernia Patch

☐ Perfix Light Plug

☐ PerFix Plug

3

☐ Sepramesh IP

☐ Sperma-Tex

☐ Ventralex Hernia Patch

☐ Ventralex ST Patch

☐ Ventralight ST

X Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):

_____

_____

9. Date of Implantation and state of implantation: June 14, 2011, California

10. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the Hernia Mesh Device(s)?:   Yes_X___   No____

11. Basis of Jurisdiction:

    X Diversity of Citizenship

    ☐ Other: _____

12. Counts in the Master Complaint adopted by Plaintiff(s):

    X Count I – Strict Product Liability- Defective Design

    X Count II – Strict Product Liability- Failure to Warn

    X Count III – Strict Product Liability- Manufacturing Defect

    X Count IV– Negligence

4

| | |
|---|---|
| X | Count V– Negligence Per Se |
| X | Count VI– Gross Negligence |
| X | Count VII – State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)): |

R.I. Gen Laws §§ 6-13.1, et seq.; N.J. Stat. Ann §§ 56:8-1, et seq.; Ohio Rev. Code Ann §§ 1345.01, et seq.; Cal. Civ. Proc. Code § 335.1

| | |
|---|---|
| X | Count VIII – Breach of Implied Warranty |
| X | Count IX – Breach of Express Warranty |
| X | Count X – Negligent Infliction of Emotional Distress |
| X | Count XI – Intentional Infliction of Emotional Distress |
| X | Count XII – Negligent Misrepresentation |
| X | Count XIII – Fraud and Fraudulent Misrepresentation |
| X | Count XIV – Fraudulent Concealment |
| ☐ | Count XV – Wrongful Death |
| ☐ | Count XVI – Loss of Consortium |
| X | Count XVII – Punitive Damages |
| ☐ | Other Count(s) (please identify and state factual and legal bases for other claims not included in the Master Complaint below): |

_____
_____
_____
_____
_____

| | |
|---|---|
| X | Jury Trial is Demanded as to All Counts |
| ☐ | Jury Trial is NOT Demanded as to All Counts; if Jury Trial is Demanded as to Any Count(s), identify which ones (list below): |

_____
_____

**PRAYER FOR RELIEF**

Wherefore, Plaintiff(s) respectfully request judgment in their favor against Defendants, and each of them, individually, jointly and severally, and Plaintiff(s) request compensatory damages, in a sum to confer jurisdiction upon this Court, together with interest on that amount at the legal rate from the date of judgment until paid, costs of suit, attorneys' fees, and all such other relief as this Court deems just and proper, as well as:

1. Compensatory damages to Plaintiff(s) for past, present, and future damages, including but not limited to, mental and physical pain and suffering for severe and permanent personal injuries sustained by Plaintiff(s), health and medical care costs, lost wages, or income, and loss of earning capacity, together with interest and costs as provided by law;

2. Restitution and disgorgement of profits;

3. Punitive damages;

4. Reasonable attorneys' fees;

5. The costs of these proceedings;

6. All ascertainable economic damages;

7. Survival damages (if applicable);

8. Wrongful death damages (if applicable); and

9. Such other and further relief as this Court deems just and proper.

                                              s/Shawn M. Good
                                                  Attorney(s) for Plaintiff

**The Good Law Group**
800 East Northwest Highway
Suite 814
Palatine, IL 60074
Office:(847)577-4476
Info@thegoodlawgroup.com
ARDC #: 6323962